**Order entered August 25, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00987-CV

## IN RE HOWARD HOLLAND, Relator

**Original Proceeding from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 93042-422**

## ORDER
Before Justices Francis, Myers and Schenck

Based on the Court's opinion of this date, we **DENY** the petition.  We **ORDER** relator to

bear the costs of this original proceeding.


/s/     MOLLY FRANCIS
JUSTICE